Angie M. Marth, Esq. SBN 264567
**Shapiro, Van Ess, Sherman & Marth, LLP**
20 Pacifica, Suite 1460
Irvine, CA 92618
Phone: 949-769-3988
Fax: (847) 879-4836
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> **Juan Roman and Evelia Morfin De Roman**, <br><br> Debtors. | CASE: **2:12-bk-16762-NB** <br> CHAPTER: **13** <br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** <br><br> **DATE:** January 6, 2015 <br> **TIME:** 10:00 a.m. <br> **PLACE:** US Bankruptcy Court <br> 255 E. Temple Street <br> Los Angeles, CA 90012 <br> Hon. Neil W. Bason <br> Courtroom: 1545 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Movant withdraws, without prejudice, the instant Motion for Relief from the Automatic Stay filed with the Court on **October 23, 2014**, as **docket entry #55.**

DATED: <u>January 2, 2015</u>        <u>/s/ Angie M. Marth            </u>
                                    **Shapiro, Van Ess, Sherman & Marth, LLP**
                                    Attorneys for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

20 Pacifica, Suite 1460 | Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF WITHDRAWAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/05/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: Ron Reitshtein, ron@ronesq.com
Kathy A Dockery (TR): efiling@CH13LA.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/05/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Juan Roman, 3926 Perry Street, Los Angeles, CA 90063
Joint Debtor: Evelia Morfin De Roman, 3926 Perry Street, Los Angeles, CA 90063
Judge: Honorable Neil W. Bason, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/05/2015 | SYED ALI | /s/Syed Ali |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 12    **F 4001-1.RFS.RP.MOTION**